**REISS, Appellant, v. HARROD, Appellee.**

Court of Appeals of Kentucky.

(Decided Nov. 21, 1933.)

D. MOXLEY for movant.
HENRY G. BEDINGER, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**COMBS v. COMMONWEALTH.**

Court of Appeals of Kentucky.

(Decided Nov. 24, 1933.)

I. C. JAMES and W. A. STEVENSON for movant.
BAILEY P. WOOTTON, Atty. Gen., and DAVID C. WALLS, Asst. Atty. Gen., for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.

**BINGHAM v. HOWARD.**

Court of Appeals of Kentucky.

(Decided Nov. 28, 1933.)

LOW & BRYANT for movant.
N. R. PATTERSON and JAMES S. WILSON, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.